Emma JANOUSEK et al., Appellants

v.

Willard B. WELLS, Administrator
etc., et al.

No. 17211.

United States Court of Appeals
Eighth Circuit.

March 14, 1963.

Joseph O. Janousek, Washington, D. C., for appellants.

Everett A. Bogue, Vermillion, S. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed as frivolous.

---

NATIONAL BANK OF COMMERCE, MEMPHIS, TENN., Appellant

v.

W. W. RIAL, d/b/a, etc.

No. 17218.

United States Court of Appeals
Eighth Circuit.

March 14, 1963.

C. Richard Crockett, Little Rock, Ark., and Daniel D. Canale, Memphis, Tenn., for appellant.

W. H. Howard, McGehee, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner

v.

CENTRAL STATES JOINT BOARD, et al.

No. 17288.

United States Court of Appeals
Eighth Circuit.

March 19, 1963.

Stuart Rothman, Gen. Counsel, and Hugh E. Sperry, Regional Director N. L. R. B., for petitioner.

Bernard J. Firestone, Detroit, Mich., for respondent.

PER CURIAM.

Order of Labor Board enforced on petition for enforcement and stipulation for entry of consent decree.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner

v.

WITWER GROCERY COMPANY.

No. 17273.

United States Court of Appeals
Eighth Circuit.

March 4, 1963.

Dominick L. Manoli, Assoc. Gen. Counsel, and Marcel Mallet Prevost, Asst. Gen. Counsel, N. L. R. B., for petitioner.

James T. Holmes, Cedar Rapids, Iowa, for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced upon stipulation for consent decree filed with the Board.